**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RITA SWEET-REDDY,                              No. C06-06667 MJJ

       Plaintiff,                              **ORDER TO SHOW CAUSE**

  v.

THE VONS COMPANIES INC.,

       Defendant.
                                       /

       The Court has received no opposition or statement of non-opposition from Plaintiff to Defendant's Motion to Transfer Venue to the District of Nevada, which is scheduled for hearing on March 27, 2007. Under the Civil Local Rules, the opposition was due three weeks before the hearing date.

       Plaintiff is hereby **ORDERED** to show good cause in writing, by March 16, 2007, why no opposition or statement of non-opposition has been filed to date, and why any tardy filing should be considered at this point given the guidelines of the Local Rules, as well as the Court's Standing Order for civil cases.

Plaintiff is **ORDERED** to file an opposition or statement of non-opposition concurrently with the response to this order to show good cause. Defendant may file a substantive reply one week after Plaintiff's opposition is filed. Failure to respond to this order shall result in the imposition of sanctions, which may include granting the motion.

**IT IS SO ORDERED.**

Dated: March 14, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE